1  Stephen R. Cornwell, CA Bar #40737        (SPACE BELOW FOR FILING STAMP ONLY)
   CORNWELL & SAMPLE, LLP
2  Attorneys at Law
   7045 N. Fruit Avenue
3  Fresno, CA  93711-0761
   Telephone: (559) 431-3142
4  Facsimile:  (559) 436-1135

5  Attorneys for Plaintiffs TARAH JOY JOHNSON;
   KELLY JENNINGS; ALEXA N. KOURAFAS;
6  MEREDITH L. FARMER; AMI L. LOWREY;
   MARISSA HARVEY; DANIELLE HOFFMAN;
7  NATALIE GREGORIO; and ROBIN
   MATTHEWS
8

9                    UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11 | TARAH JOY JOHNSON; KELLY         | CASE NO. CIV. F-04-6719 AWI DLB
   | JENNINGS; ALEXA N. KOURAFAS;
12 | MEREDITH L. FARMER; AMI L.
   | LOWREY; MARISSA HARVEY;
13 | DANIELLE HOFFMAN; NATALIE
   | GREGORIO; and ROBIN MATTHEWS
14 |
   |            Plaintiffs,           | **STIPULATION TO CONTINUE**
15 |                                  | **CASE MANAGEMENT**
   |       v.                         | **CONFERENCE**
16 |
   | CLOVIS UNIFIED SCHOOL DISTRICT;
17 | JOSEPH NIETO, AND DOES 1 TO 25,
   |
18 |            Defendants.

19         Plaintiffs TARAH JOY JOHNSON, KELLY JENNINGS, ALEXA N.
20  KOURAFAS, MEREDITH L. FARMER, AMI L. LOWREY, MARISSA HARVEY,
21  DANIELLE HOFFMAN, NATALIE GREGORIO, and ROBIN MATTHEWS and
22  Defendant CLOVIS UNIFIED SCHOOL DISTRICT, through their respective attorneys of
23  record, and Defendant JOSEPH NIETO, in pro per, hereby agree as follows:
24         WHEREAS, there is a Case Management Conference scheduled in this matter
25  on January 25, 2006; and
26         WHEREAS, Defendant NIETO must appear for a criminal trial that is
27  scheduled to commence on January 23, 2006; and
28  ////

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1  WHEREAS, Defendant NIETO will have to devote all his time and attention
2  to that matter; and
3  WHEREAS, the criminal trial is expected to last three to four months; and
4  WHEREAS, discovery in this civil matter will be difficult to pursue while the
5  criminal proceedings are underway;
6  THEREFORE; the parties stipulate that the Case Management Conference
7  presently set for January 25, 2006 be continued to a date at the court's convenience July 17,
8  2006, at 9:00 a.m., and that all proceedings in this case be stayed until that date.
9  DATED: January _____, 2006.

CORNWELL & SAMPLE, LLP

By:   S/ Stephen R. Cornwell
          Stephen R. Cornwell
          Attorney for Plaintiffs
          TARAH JOY JOHNSON;
          KELLY JENNINGS; ALEXA N.
          KOURAFAS; MEREDITH L. FARMER;
          AMI L. LOWREY; MARISSA HARVEY;
          DANIELLE HOFFMAN; NATALIE
          GREGORIO; and ROBIN MATTHEWS

DATED: January _____, 2006.

GIBEAUT, MAHAN & BRISCOE

By:_____
          John Mahan
          Attorney for Defendant
          CLOVIS UNIFIED SCHOOL DISTRICT

DATED: January _____, 2006.

ANWYL, SCOFFIELD & STEPP, LLP

By:   S/ James T. Anwyl
          James T. Anwyl
          Attorney for Defendant
          CLOVIS UNIFIED SCHOOL DISTRICT

1  DATED: January _____, 2006.

4        By:   S/ Joseph Nieto
                Joseph Nieto
                In Propria Persona

### **ORDER**

Good cause appearing, it is so ORDERED that the Case Management Conference is continued from January 25, 2006, until July 17, 2006 at 9:00 a.m..

        /s/ Dennis L. Beck
        U.S. Magistrate Judge

C:\Documents and Settings\DLBeck\Local Settings\Temp\notes101AA1\STIP.CONTINUE.signed.wpd