1 | Stephen R. Cornwell, CA Bar #40737          (SPACE BELOW FOR FILING STAMP ONLY)
CORNWELL & SAMPLE, LLP
2 | Attorneys at Law
7045 N. Fruit Avenue
3 | Fresno, CA  93711-0761
Telephone: (559) 431-3142
4 | Facsimile:  (559) 436-1135

5 | Attorneys for Plaintiffs TARAH JOY JOHNSON;
KELLY JENNINGS; ALEXA N. KOURAFAS;
6 | MEREDITH L. FARMER; AMI L. LOWREY;
MARISSA HARVEY; DANIELLE HOFFMAN;
7 | NATALIE GREGORIO; and ROBIN
MATTHEWS

8

9 | UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11 | TARAH JOY JOHNSON; KELLY            CASE NO. 1: 04 CV 6719 AWI DLB
JENNINGS; ALEXA N. KOURAFAS;
12 | MEREDITH L. FARMER; AMI L.
LOWREY; MARISSA HARVEY;
13 | DANIELLE HOFFMAN; NATALIE
GREGORIO; and ROBIN MATTHEWS
14
Plaintiffs,
15
v.
16
CLOVIS UNIFIED SCHOOL DISTRICT;    **STIPULATION TO CONTINUE**
17 | JOSEPH NIETO, AND DOES 1 TO 25,    **FURTHER SCHEDULING**
**CONFERENCE; AND ORDER**
18 | Defendants.                        **THEREON**

19

20 | Plaintiffs  TARAH  JOY  JOHNSON,  KELLY  JENNINGS,  ALEXA  N.

21 | KOURAFAS, MEREDITH L. FARMER, AMI L. LOWREY, MARISSA HARVEY,

22 | DANIELLE  HOFFMAN,  NATALIE  GREGORIO,  and  ROBIN  MATTHEWS  and

23 | Defendant CLOVIS UNIFIED SCHOOL DISTRICT, through their respective attorneys of

24 | record, and Defendant JOSEPH NIETO, in pro per, hereby agree as follows:

25 | WHEREAS, there is a Case Management Conference scheduled in this matter

26 | on July 17, 2006; and

27 | WHEREAS, the court previously stayed proceedings in this matter pending the

28 | conclusion of the criminal matter held in the Fresno County Superior Court; and

1      WHEREAS, the criminal matter has recently concluded; and

2      WHEREAS, discovery in this civil matter was difficult to pursue while the

3   criminal proceedings were underway;

4      WHEREAS, counsel for Plaintiffs is currently involved in a lengthy trial in the

5   Fresno County Superior Court that is not anticipated to be concluded until mid-to-late August

6   2006; and

7      THEREFORE; the parties stipulate that the Case Management Conference

8   presently set for July 17, 2006, be continued to a date at the court's convenience and the

9   parties have agreed on October 23, 2006, at 9:00 a.m.

10   DATED:  July _____, 2006.

                                        CORNWELL & SAMPLE, LLP

11

12

13                      By: _s/Stephen R. Cornwell_____

                              Stephen R. Cornwell

14                                 Attorney for Plaintiffs

                              TARAH JOY JOHNSON;

15                                 KELLY JENNINGS; ALEXA N.

                              KOURAFAS; MEREDITH L. FARMER;

16                                 AMI L. LOWREY; MARISSA HARVEY;

                              DANIELLE HOFFMAN; NATALIE

17                                 GREGORIO; and ROBIN MATTHEWS

18

19

20   DATED:  July _____, 2006.

                              GIBEAUT, MAHAN & BRISCOE

21

22

23                      By:  _s/John Mahan_____

                              John Mahan

24                                 Attorney for Defendant

                              CLOVIS UNIFIED SCHOOL DISTRICT

25

26   *(Signatures continue on page 3)*

27   / / /

28   / / /

1  DATED: July _____, 2006.

                                ANWYL, SCOFFIELD & STEPP, LLP

2

3

4                                 By:   s/James T. Anwyl

                                    James T. Anwyl

5                                Attorney for Defendant

                           CLOVIS UNIFIED SCHOOL DISTRICT

6

7

8  DATED: July _____, 2006.

9

10

                               By: s/Joseph Nieto

11                                Joseph Nieto

                               In Propria Persona

12

13

14

15                              **ORDER**

16      Good cause appearing, it is so ORDERED that the Scheduling  Conference is

17  continued from July 17, 2006, to October 23, 2006.

18

19    IT IS SO ORDERED.

20     **Dated:   July 17, 2006**             **/s/ Dennis L. Beck**

    3b142a                              UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

CORNWELL & SAMPLE
7045 N. Fruit Avenue
Fresno, CA 93711