**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TARAH JOY JOHNSON, et al,** ) | **1: 04-CV-6719 AWI DLB** |
| ) | |
| Plaintiff, ) | **ORDER VACATING APRIL 30, 2007** |
| v. ) | **DATE AND TAKING MOTION TO** |
| ) | **DISMISS UNDER SUBMISSION** |
| ) | |
| **CLOVIS UNIFIED SCHOOL** ) | |
| **DISTRICT, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the court is Defendants' motion for judgment on the pleadings. Plaintiffs filed an opposition to Defendants' motion. The court has reviewed the moving papers and opposition and has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED:

1. The previously set hearing date of April 30, 2007, is VACATED, and no party shall appear at that time;

2. As of April 30, 2007, the court will take Defendants' motion under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   **April 25, 2007**            **/s/ Anthony W. Ishii**
                                  UNITED STATES DISTRICT JUDGE