**JOSEPH NIETO**  (SPACE BELOW FOR FILING STAMP ONLY)
**6050 N. Marks #124**
**Fresno, CA.  93711**

Attorney for Defendant
PRO PER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TARAH JOY JOHNSON; KELLY JENNINGS; ALEXA N. KOURAFAS; MEREDITH L. FARMER; AMI L. LOWREY; MARISSA HARVEY; DANIELLE HOFFMAN; NATALIE GREGORIO; and ROBIN MATTHEWS<br><br>Plaintiffs,<br><br>v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT; JOSEPH NIETO, AND DOES 1 TO 25,<br><br>Defendants. | CASE NO. CIV. F-04-6719 AWI DLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT**<br>**(F.R.C.P. 12(a))** |

On July 3, 2007, both Plaintiffs' Counsel, Stephen Cornwell, and Joseph Nieto have conversed and stipulate to an extension of time for Joseph Nieto to answer the amended complaint.  The current date of July 13, 2007 has been moved to August 1, 2007.

It is so ORDERED that:

1. STIPULATION FOR EXTENSION OF TIME by Joseph Nieto is GRANTED, and

2. JOSEPH NIETO shall have until August 1, 2007 to file responsive pleadings in connection with FIRST AMENDED COMPLAINT of Tarah Joy Johnson, Kelly Jennings, Alexa N. Kourafas, Meredith L. Farmer, Ami L. Lowrey, Marissa Harvey, Danielle Hoffman, Natalie Gregorio, and Robin Matthews.

IT IS SO ORDERED.

Dated:   July 6, 2007              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE