Stephen R. Cornwell, CA Bar #40737
René Turner Sample, CA Bar #138046
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA 93711-0761
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiffs TARAH JOY JOHNSON;
KELLY JENNINGS; ALEXA N. KOURAFAS;
MEREDITH L. FARMER; AMI L. LOWREY;
MARISSA HARVEY; DANIELLE HOFFMAN;
NATALIE GREGORIO; and ROBIN MATTHEWS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| TARAH JOY JOHNSON; KELLY JENNINGS; ALEXA N. KOURAFAS; MEREDITH L. FARMER; AMI L. LOWREY; MARISSA HARVEY; DANIELLE HOFFMAN; NATALIE GREGORIO; and ROBIN MATTHEWS<br><br>Plaintiffs,<br><br>v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT; JOSEPH NIETO, AND DOES 1 TO 25,<br><br>Defendants. | CASE NO. CIV. F-04-6719 AWI DLB<br><br>**NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT JOSEPH NIETO**<br><br>DATE: September 10, 2007<br>TIME: 1:30<br>DEPT: 2<br>TRIAL DATE: None Set |
|---|---|

TO DEFENDANTS CLOVIS UNIFIED SCHOOL DISTRICT and JOSEPH NIETO:

PLEASE TAKE NOTICE that on September 10, 2007, at 1:30 p.m., or as soon thereafter as the matter can be heard in Department 2 of the above-entitled court, Plaintiffs TARAH JOY JOHNSON, KELLY JENNINGS, ALEXA N. KOURAFAS, MEREDITH L. FARMER, AMI L. LOWREY, MARISSA HARVEY, DANIELLE HOFFMAN, NATALIE GREGORIO, and ROBIN MATTHEWS will and hereby do request the Court to voluntary dismiss Defendant JOSEPH NIETO from the pending action.

This motion will be based upon this Notice and Motion, the Memorandum of Points and Authorities filed in support thereof, and/or all records and documents on file

NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT JOSEPH NIETO

herein, and such other and further evidence or matters as may be presented at the time of the hearing on this motion.

DATED: August 7, 2007.

Respectfully submitted,

CORNWELL & SAMPLE, LLP

By: _____
Stephen R. Cornwell
René T. Sample
Attorney for Plaintiffs
TARAH JOY JOHNSON;
KELLY JENNINGS; ALEXA N.
KOURAFAS; MEREDITH L. FARMER; AMI
L. LOWREY; MARISSA HARVEY;
DANIELLE HOFFMAN; NATALIE
GREGORIO; and ROBIN MATTHEWS

F:\WP\Cases\Johnson v. CUSD\Pleadings\NOT.DISMISSAL.wpd

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 7045 N. Fruit Avenue, Fresno, California. On _aug 7_, 2007, I served the within documents:

**NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT JOSEPH NIETO**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

Nancy Mahan-Lamb
Gibeaut, Mahan & Briscoe
6701 Center Drive West, Suite 611
Los Angeles, CA 90045

Joseph Nieto
6050 N. Marks, #124
Fresno, CA 93711

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC FILING** with USDC through PACER.

James T. Anwyl
ANWYL, SCOFFIELD & STEPP, LLP
2180 Harvard St., Suite 200
Sacramento, CA 95815-3318

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on _aug 7_, 2007, at Fresno, California.

_____
Mary Ann Smith

Stephen R. Cornwell, CA Bar #40737
Renè Turner Sample, CA Bar #138046
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA 93711-0761
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiffs TARAH JOY JOHNSON;
KELLY JENNINGS; ALEXA N. KOURAFAS;
MEREDITH L. FARMER; AMI L. LOWREY;
MARISSA HARVEY; DANIELLE HOFFMAN;
NATALIE GREGORIO; and ROBIN MATTHEWS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| TARAH JOY JOHNSON; KELLY JENNINGS; ALEXA N. KOURAFAS; MEREDITH L. FARMER; AMI L. LOWREY; MARISSA HARVEY; DANIELLE HOFFMAN; NATALIE GREGORIO; and ROBIN MATTHEWS<br><br>Plaintiffs,<br><br>v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT; JOSEPH NIETO, AND DOES 1 TO 25,<br><br>Defendants. | CASE NO. CIV. F-04-6719 AWI DLB<br><br>**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT JOSEPH NIETO**<br><br>DATE: September 10, 2007<br>TIME: 1:30 p.m.<br>DEPT: 2<br>TRIAL DATE: None Set |
|---|---|

I.

## INTRODUCTION

Plaintiffs have filed suit against the school district where they attended grammar school and their 4th grade teacher, JOSEPH NIETO. The suit is based on Plaintiffs' contentions that Defendant NIETO repeatedly touched them in an inappropriate manner. At this point, Plaintiffs seek to voluntarily dismiss their claims against Defendant NIETO only.

/ / /

/ / /

/ / /

# I.

## LAW AND ARGUMENT

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs may voluntarily dismiss this action as to Defendant NIETO on order of the Court. Allowing such a dismissal rests in the sound discretion of the Court. (*Hamilton v. Firestone Tire & Rubber Co., Inc.* (9th Cir. 1982) 679 F.2d 143, 145.) Judicial policy favors dismissal, unless the defendant will suffer "some plain legal prejudice." (*Id.*)

There are separate facts and considerations for the fact-finder to weigh in determining the separate liability of each of the Co-Defendants. Plaintiffs' case will be simplified then if the issues solely relating to Defendant NIETO are removed from the case, and they can focus on the issues relating to the school district. Further, Defendant NIETO is unrepresented, which makes communications with him difficult and time-consuming. Finally, it appears that Defendant NIETO has few, if any, assets Plaintiffs can pursue on receipt of a judgment; thus a Plaintiffs' verdict would not provide Plaintiffs with any tangible benefits. For these and other reasons, Plaintiffs wish to dismiss their suit against NIETO now.

There will be no prejudice to NIETO if the Court allows the dismissal. NIETO will not lose any rights or defenses in the event of future litigation. Plaintiffs are unaware of any legal interest, legal claim, or legal argument of NIETO that would be adversely affected by a dismissal. (See *Westlands Water District v. United States* (9th Cir. 1996) 100 F.39 94, 97.) He will merely be relieved of the obligation to respond to the charges made by Plaintiffs against him.

Further, the dismissal should not prejudice NIETO's Co-Defendant which still will have ample opportunity to conduct sufficient discovery and to adequately defend itself. (*Id.*)

Plaintiffs further request that this Court allow the voluntary dismissal without any conditions imposed. For example, Defendant NIETO has been appearing in pro per, so he has incurred no attorney's fees that justice would want reimbursed. (*Stevedoring Services of America v. Armilla International B.V.* (9th Cir. 1989) 889 F.2d 919, 921.)

CORNWELL & SAMPLE
7045 N. Fruit Avenue
Fresno, CA 93711

PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT JOSEPH NIETO

-2-

# III.

# CONCLUSION

Plaintiffs request the Court order that a voluntary dismissal of Defendant NIETO be entered, while allowing them to proceed with their claims against the school district.

DATED: August 9, 2007.

CORNWELL & SAMPLE, LLP

By: _____
Stephen R. Cornwell
Renè T. Sample
Attorney for Plaintiffs
TARAH JOY JOHNSON;
KELLY JENNINGS; ALEXA N.
KOURAFAS; MEREDITH L. FARMER; AMI
L. LOWREY; MARISSA HARVEY;
DANIELLE HOFFMAN; NATALIE
GREGORIO; and ROBIN MATTHEWS

F:\WP\Cases\Johnson v. CUSD\Pleadings\REQ.DISMISSAL.wpd

CORNWELL & SAMPLE
7045 N. Fruit Avenue
Fresno, CA 93711

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT JOSEPH NIETO**

-3-

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 7045 N. Fruit Avenue, Fresno, California. On _aug 7_, 2007, I served the within documents:

***PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT JOSEPH NIETO***

- [ ] **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- [ ] **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- [X] **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

- [ ] **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

- [ ] **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

Nancy Mahan-Lamb
Gibeaut, Mahan & Briscoe
6701 Center Drive West, Suite 611
Los Angeles, CA 90045

Joseph Nieto
6050 N. Marks, #124
Fresno, CA 93711

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

- [X] **BY ELECTRONIC FILING** with USDC through PACER.

James T. Anwyl
ANWYL, SCOFFIELD & STEPP, LLP
2180 Harvard St., Suite 200
Sacramento, CA 95815-3318

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on _aug 7_, 2007, at Fresno, California.

_____
Mary Ann Smith