| | |
|---|---|
| 1 | **ANWYL, SCOFFIELD & STEPP, LLP**<br>**2180 Harvard Street, Suite 200** |
| 2 | **Sacramento, California 95815-3318**<br>**Telephone:      (916) 565-1800** |
| 3 | **Telecopier:      (916) 565-2374** |
| 4 | **JAMES T. ANWYL, SBN 78715**<br>**LYNN A. GARCIA, SBN 131196** |
| 5 | |
| 6 | **Attorneys for Defendant CLOVIS**<br>**UNIFIED SCHOOL DISTRICT** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | | |
|---|---|---|
| TARAH JOY JOHNSON; KELLY JENNINGS; ALEXA N. KOURAFAS; MEREDITH L. FARMER; AMI L. LOWREY; MARISSA HARVEY; DANIELLE HOFFMAN; NATALIE GREGORIO; and ROBIN MATTHEWS,<br><br>Plaintiffs,<br><br>v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT; JOSEPH NIETO and DOES 1-15,<br><br>Defendants. | | NO: CIV-F-04-6719 AWI DLB<br><br>**NOTICE OF ERRATA RE DEFENDANT'S REPLY TO MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP, RULE 12b6**<br><br>DATE:   8/27/07<br>TIME:   1:30 p.m.<br>DEPT:   #2 |

COMES NOW, DEFENDANT CLOVIS UNIFIED SCHOOL DISTRICT and submits this Notice of Errata as to their Reply to Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Rule 12b6 on file herein (e-filed on August 20, 2007 as document #53). Defendant CLOVIS UNIFIED SCHOOL DISTRICT mistakenly titled the document as a Reply to Plaintiff's Motion to Dismiss Joseph Nieto Pursuant to Rule 12b6, which is set to be heard on September 10, 2007; not the Motion to Dismiss the First Amended Complaint which is set to be heard on August 27, 2007. A true and correct copy of the Reply is attached hereto as **Exhibit "A."**

The correct caption of document #53 e-filed and served on August 20, 2007 should reflect: Defendant's Reply to Motion to Dismiss First Amended Complaint Pursuant to FRCP, Rule 12b6.

| | | |
|---|---|---|
| 1 | DATED: August 21, 2007 | **ANWYL, SCOFFIELD & STEPP, LLP** |
| 2 | | |
| 3 | | By   /s/ JAMES T. ANWYL |
| 4 | | JAMES T. ANWYL<br>Attorneys for Defendant **CLOVIS UNIFIED SCHOOL DISTRICT** |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF SERVICE - CCP §§1013a and 2015.5
## STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

In Re: **Tarah Joy Johnson, et al.**
United States District Court, Eastern District of California, Fresno Division
Docket CIV-F-04-6719 AWI DLB

I am over the age of eighteen and am not a party to the within entitled action; my business address is 2180 Harvard Street, Suite 200, Sacramento, California 95815-3318.

I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service.

On the below date, I served a copy of the following:
**NOTICE OF ERRATA RE DEFENDANT'S REPLY TO PLAINTIFFS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FRCP, RULE 12b6**
on the above entitled matter by the following means hereafter checked,

**XXX** U.S. Postal Service (placing sealed envelope with postage thereon fully prepaid in the designated area for out-going mail in accordance with this office's practice, whereby mail is deposited in a U.S. mailbox in Sacramento County at the close of the business day).

| | |
|---|---|
| JOSEPH NIETO<br>6050 North Marks Avenue #124<br>Fresno, CA 93711<br>T: 559/449-0723<br>F: NONE AVAILABLE<br>**IN PRO PER** | **COURTESY COPY TO:**<br>John Mahan, Esq.<br>GIBEAUT, MAHAN & BRISCOE<br>6701 Center Drive West, Suite 611<br>Los Angeles, CA 90045<br>T: 310/410-2020<br>F: 310/410-2010<br>**Associated Attorneys for Defendants Clovis USD** |

**XXX** Sent via electronic filing with USDC through PACER

Stephen R. Cornwell, Esq.
Rene Sample, Esq.
CORNWELL & SAMPLE, LLP
7045 N. Fruit Avenue
Fresno, CA 93711-0761
T: 559/431-3142
F: 559/436-1135
**Attorneys for Plaintiffs**

**XXX** [*Federal*] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 21, 2007, at Sacramento, California.

_____
Phyllis J. Kendall