# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARAH JOY JONHSON; KELLY JENNINGS; ALEXA N. KOURAFAS; MEREDITH L. FARMER; ALI L. LOWREY; MARISSA HARVEY; DANIELLE HOFFMAN; NATALIE GREGORIO; and ROBIN MATTHEWS,<br><br>    Plaintiffs,<br>  v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT; JOSEPH NIETO; and DOES 1-5,<br><br>    Defendants. | 1: 04 -CV- 6719 AWI DLB<br><br>ORDER VACATING HEARING DATE OF AUGUST 27, 2007, AND TAKING MATTER UNDER SUBMISSION |

Plaintiffs noticed for hearing and decision a motion to dismiss Defendant Nieto. The matter was scheduled for hearing to be held on August 27, 2007. Pursuant to Local Rule 78-230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 27, 2007, is VACATED, and the parties shall not appear at that time. As of August 27, 2007, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 21, 2007              /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE