# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARAH JOY JONHSON; KELLY JENNINGS; ALEXA N. KOURAFAS; MEREDITH L. FARMER; ALI L. LOWREY; MARISSA HARVEY; DANIELLE HOFFMAN; NATALIE GREGORIO; and ROBIN MATTHEWS,<br><br>    Plaintiffs,<br>    v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT; JOSEPH NIETO; and DOES 1-5,<br><br>    Defendants. | 1: 04 -CV- 6719 AWI DLB<br><br>ORDER VACATING ORDER OF AUGUST 21, 2007 AND VACATING AUGUST 27, 2007, HEARING ON DEFENDANT'S MOTION TO DISMISS<br><br>(Re: Document No. 55) |

On August 21, 2007, the Court issued an order vacating the hearing date of August 27, 2007. That order is found Court's Docket Doc. No. 55. Document No. 55 mistakenly indicates that the hearing is on Plaintiffs's motion to dismiss. In actuality, the motion to dismiss was filed by Defendant Clovis Unified School District. To avoid confusion, the Court will vacate the order of August 21, 2007.

Defendant Clovis Unified School District noticed for hearing and decision a motion to dismiss. The matter was scheduled for hearing to be held on August 27, 2007. Pursuant to Local Rule 78-230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that:

1. The Court's order of August 21, 2007, is VACATED; and
2. The previously set hearing date of August 27, 2007, on <u>Defendant's</u> motion to dismiss is VACATED, and the parties shall not appear at that time. As of August 27, 2007, the

1 | Court will take Defendant's motion to dismiss under submission and will thereafter issue
2 | its decision.

4 | IT IS SO ORDERED.

5 | **Dated:   August 21, 2007**              **/s/ Anthony W. Ishii**
                                               UNITED STATES DISTRICT JUDGE