1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARAH JOY JOHNSON; KELLY JENNINGS; ALEXA N. KOURAFAS; MEREDITH L. FARMER; AMI L. LOWREY; MARISSA HARVEY; DANIELLE HOFFMAN; NATALIE GREGORIO; and ROBIN MATTHEWS,<br><br>Plaintiffs,<br><br>v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT; JOSEPH NIETO; and DOES 1-25,<br><br>Defendants. | 1: 04-CV-6719-AWI-DLB<br><br>ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS ACTION<br><br>(Document #62) |

On October 1, 2007, Plaintiffs and Defendant Clovis Unified School District ("Clovis Unified") filed a stipulation of dismissal of Clovis Unified from this action.   In an order accompanying this order, the court has granted Plaintiffs' motion for voluntary dismissal of Defendant Joseph Nieto ("Nieto"), the other named Defendant.

Plaintiffs and Clovis Unified seek dismissal of this action against Clovis Unified pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.   Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is

without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.

Nieto has been dismissed from this action.   Because Plaintiffs have filed a stipulation for dismissal with prejudice as to Clovis Unified pursuant to Rule 41(a)(1)(ii) that is signed by the only named Defendant remaining in this case, Clovis Unified, this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that:

1. Plaintiffs' and Clovis Unified's stipulation of dismissal with prejudice is APPROVED;
2. Clovis Unified is DISMISSED from this action with prejudice;
3. All named Defendants having been dismissed from this action, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   October 23, 2007           /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

2